**WO**

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Michelle Paynton,<br><br>　　　　Plaintiff,<br><br>v.<br><br>American Fresh Food LLC, et al.,<br><br>　　　　Defendants. | No. CV-24-00536-PHX-KML<br><br>**ORDER** |

On January 14, 2025, the court ordered defendants to file a statement explaining their refusal to participate in discovery. (Doc. 39.) That statement was due on January 21, 2025, but nothing was filed. Defendants and their counsel, Ryan James Lorenz, must file statements explaining why they should not be sanctioned based on their failure to comply with the court's January 14 order. Defendants and Mr. Lorenz are warned that continued failure to comply with court orders will result in sanctions. Possible sanctions include the striking of the answer and entry of default judgment against defendants as well as monetary sanctions against Mr. Lorenz.

/
/
/
/
/
/

Accordingly,

**IT IS ORDERED** no later than **February 6, 2025**, defendants and attorney Ryan James Lorenz shall file statements explaining why they should not be sanctioned for failure to comply with court orders.

**IT IS FURTHER ORDERED** the Clerk of Court shall send a copy of this order via certified mail to Ryan James Lorez at his mailing address on the docket.

Dated this 27th day of January, 2025.

Honorable Krissa M. Lanham
United States District Judge