1    **WO**

2

3

4

5

6                    **IN THE UNITED STATES DISTRICT COURT**

7                       **FOR THE DISTRICT OF ARIZONA**

8

9    Michelle Paynton,                          No. CV-24-00536-PHX-KML

10                    Plaintiff,                 **ORDER**

11   v.

12   American Fresh Food LLC, et al.,

13                    Defendants.

14

15          Defendants and their counsel filed a statement explaining their failure to comply

16   with the January 14, 2025, order. (Doc. 45.) Based on that explanation, no further action

17   will be taken. Defendants' statement also "requests that the court . . . reiterate the contents

18   of the court's scheduling order . . . applicable to all counsel." (Doc. 45 at 4.) Defendants

19   believe it is necessary to remind the parties that discovery disputes can be filed only if the

20   disputes "cannot be resolved despite sincere efforts to resolve the matter through personal

21   consultation (in person or by telephone)." (Doc. 35 at 5.) The court reiterates that language

22   applies to all parties. That language, however, does not prevent the parties from conducting

23   some discovery discussions through other means, such as email. Nor does that language

24   give any party a basis to ignore discovery-related communications made through other

25   channels before a dispute arises.[1]

26   _____

27   [1] In this case, defense counsel promised supplemental discovery responses the week of
     December 4, 2024, but failed to produce the responses. (Doc. 38-1 at 7, 9.) Plaintiff's
     counsel emailed additional discovery-related inquires on December 11, 13, 17, 26, 27, and
28   January 3. (Doc. 38-1 at 9-11.) Defense counsel never responded. The language of the
     scheduling order does not allow for counsel to ignore attempts to discuss discovery, even
     if those attempts are made via email.

1    Accordingly,

2    **IT IS ORDERED** the court takes no additional action regarding defense counsel's

3    noncompliance with the January 14, 2025, order.

4    Dated this 7th day of February, 2025.

5

6

7    _____
     **Honorable Krissa M. Lanham**
8    **United States District Judge**

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28