**WO**

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Michelle Paynton, | No. CV-24-00536-PHX-KML |
| Plaintiff, | **ORDER** |
| v. | |
| American Fresh Food LLC, et al., | |
| Defendants. | |

Plaintiff Michelle Paynton seeks an extension of the deposition deadline from July 25, 2025, to August 29, 2025, to allow her to depose non-party Daoud Aboukhalil. (Doc. 50.) Paynton argues the extension is needed because defense counsel, who purports to represent Mr. Aboukhalil, has failed to provide timely responses to emails or identify dates Mr. Aboukhalil is available.

The extension is granted and the parties must confer within three days of this order to identify the date for Mr. Aboukhalil's deposition. In addition, defendants must file a statement confirming they have complied with this order. Defendants and defense counsel are warned that their noncompliance with this order may result in sanctions, including the striking of their answer and entry of default judgment.

Accordingly,

**IT IS ORDERED** the Motion to Extend (Doc. 50) is **GRANTED**. The fact discovery deadline is extended to **August 29, 2025**, solely for plaintiff to conduct the deposition of Daoud Aboukhalil. All other discovery must be completed by **July 25, 2025**.

**IT IS FURTHER ORDERED** within three days of this order the parties shall conduct a real-time conferral (in-person or via telephone) and identify a date for Mr. Aboukhalil's deposition. No later than **July 25, 2025**, defendants shall file a statement confirming they conferred and a deposition date was agreed upon. Failure to file this statement may result in sanctions against defendants and their counsel.

Dated this 21st day of July, 2025.

_____
**Honorable Krissa M. Lanham**
**United States District Judge**