**BENDAU & BENDAU PLLC**
Clifford P. Bendau, II (AZ Bar No. 030204)
Christopher J. Bendau (AZ Bar No. 032981)
P.O. Box 97066
Phoenix, Arizona 85060
Telephone: (480) 382-5176
Fax: (480) 304-3805
Email: cliffordbendau@bendaulaw.com
         chris@bendaulaw.com
*Attorneys for Plaintiffs*

UNITED STATES DISTRICT COURT

DISTRICT OF ARIZONA

| | |
|---|---|
| **Michelle Paynton**, | No. 2:24-cv-00536-KML |
| Plaintiff, | |
| vs. | **NOTICE OF SETTLEMENT** |
| **American Fresh Food LLC**, et al., | |
| Defendants. | |

Plaintiff, by and through undersigned counsel, hereby advises the Court that the parties have reached an agreement to resolve this matter. All claims and defenses for Plaintiff and Defendants in this matter have been resolved. The parties will file a stipulation of dismissal with prejudice within 45 days.

RESPECTFULLY SUBMITTED this 9th Day of February, 2026

BENDAU & BENDAU PLLC

/s/ *Clifford P. Bendau, II*
Clifford P. Bendau, II
Christopher J. Bendau
*Attorneys for Plaintiff*

**Certificate of Service**

I certify that on this 9th day of February, 2026, I electronically transmitted the attached document to the Clerk's Office using the CM/ECF system for filing and transmittal of a Notice of Electronic Filing to all parties and counsel of record by operation of the Court's electronic filing system. The Parties may access this filing through the Court system.

/s/ *Clifford P. Bendau, II*